# CERTIFICATE OF SERVICE

I, Adam G Young (name). certify that service of this summons and a copy of complaint was made October 23, 2015 (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
  Bruce A. Gwyn
  220 Hector Avenue
  Metairie, Louisiana 70005

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 10/23/15                    Signature: _____

Print Name: Adam G. Young

Business Address: 315 South College Road, Suite 163, Lafayette, Louisiana 70503

## CERTIFICATE OF SERVICE

I, Adam G Young (name). certify that service of this summons and a copy of complaint was made October 23, 2015 (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:
Anne Marie Gwyn
220 Hector Avenue
Metairie, Louisiana 70005

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of
_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 10/23/15         Signature: _____

Print Name: Adam G. Young

Business Address: 315 South College Road, Suite 163, Lafayette, Louisiana 70503

## CERTIFICATE OF SERVICE

I, <u>Adam G Young</u> (name). certify that service of this summons and a copy of complaint was made <u>October 23, 2015</u> (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
  Bruce Gwyn
  GAGA, LLC
  220 Hector Avenue
  Metairie, Louisiana 70005

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 10/23/15    Signature: _____

Print Name: <u>Adam G. Young</u>

Business Address: <u>315 South College Road, Suite 163, Lafayette, Louisiana 70503</u>

## CERTIFICATE OF SERVICE

I, <u>Adam G Young</u> (name). certify that service of this summons and a copy of complaint was made <u>October 23, 2015</u> (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Rare Cuts, LLC
201 St. Charles Ave., Suite 2534
New Orleans, Louisiana 70170

☐   Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐   Residence Service: By leaving the process with the following adult at:

☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐   Publication: The defendant was served as follows: [Describe briefly]

☐   State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 10/23/15                              Signature _____

Print Name: <u>Adam G. Young</u>

Business Address: <u>315 South College Road, Suite 163, Lafayette, Louisiana 70503</u>

# CERTIFICATE OF SERVICE

I, Adam G Young (name). certify that service of this summons and a copy of complaint was made October 23, 2015 (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
    Rampant Leon Financial Corporation
    1000 Bourbon Street, Suite 339
    New Orleans, Louisiana 70116

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 10/23/15     Signature: _____

    Print Name: Adam G. Young

    Business Address: 315 South College Road, Suite 163, Lafayette, Louisiana 70503

## CERTIFICATE OF SERVICE

I, <u>Adam G Young</u> (name). certify that service of this summons and a copy of complaint was made <u>October 23, 2015</u> (date) by:

☒  Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
   Orpheum Property, Inc.
   1170 W. Causeway Approach, Suite B
   Mandeville, Louisiana 70471

☐  Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐  Residence Service: By leaving the process with the following adult at:

☐  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐  Publication: The defendant was served as follows: [Describe briefly]

☐  State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 10/23/15             Signature _____

   Print Name: <u>Adam G. Young</u>

   Business Address: <u>315 South College Road, Suite 163, Lafayette, Louisiana 70503</u>

# CERTIFICATE OF SERVICE

I, Adam G Young (name). certify that service of this summons and a copy of complaint was made October 23, 2015 (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Turn Key Hedge Funds, Inc.
3300 University Drive, Suite 311
Coral Springs, Florida 33065

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 10/23/15     Signature _____

Print Name: Adam G. Young

Business Address: 315 South College Road, Suite 163, Lafayette, Louisiana 70503

## CERTIFICATE OF SERVICE

I, Adam G Young (name). certify that service of this summons and a copy of complaint was made October 23, 2015 (date) by:

☑  Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
   Kaplan & Company
   60 Revere Drive, Suite 410
   Northbrook, Illinois 60062


☐  Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:


☐  Residence Service: By leaving the process with the following adult at:


☐  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


☐  Publication: The defendant was served as follows: [Describe briefly]


☐  State Law: The defendant was served pursuant to the laws of the State of
   _____, as follows: [Describe briefly]


If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 10/23/15     Signature _____

   Print Name: Adam G. Young


   Business Address: 315 South College Road, Suite 163, Lafayette, Louisiana 70503

# CERTIFICATE OF SERVICE

I, Adam G Young (name). certify that service of this summons and a copy of complaint was made October 23, 2015 (date) by:

☑  Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
   Michael Lapat
   3300 University Drive, Suite 311
   Coral Springs, Florida 33065

☐  Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐  Residence Service: By leaving the process with the following adult at:

☐  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐  Publication: The defendant was served as follows: [Describe briefly]

☐  State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 10/23/15              Signature _____

Print Name: Adam G. Young

Business Address: 315 South College Road, Suite 163, Lafayette, Louisiana 70503