# CERTIFICATE OF SERVICE

I, Adam G. Young _____ (name). certify that service of this summons and a copy of complaint was made 12/17/2015 _____ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Trimarica, 201 St. Charles Ave. New Orleans, LA 70170

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 12/17/2015   Signature _____

Print Name: ADAM G. YOUNG

Business Address: 909 Poydras St. Suite 1600 New Orleans, LA 70112

# CERTIFICATE OF SERVICE

I, Adam G. Young _____ (name), certify that service of this summons and a copy of complaint was made 12/17/2015 (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Andrew Kramer, 201 St. Charles Ave. Suite 2504. N.O. LA 70170

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 12/17/2015 _____ Signature _____

Print Name: Adam G. Young

Business Address: 909 Poydras St. N.O. LA 70172